IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

Vs.                    CASE NO.  4:06cr00104-03 JMM

TAMIKA MONTELL PLANT

ORDER

The United States' second motion to amend/correct restitution (docket entry #280) is granted.

The June 22, 2007 Judgment (docket entry #200) and the March 12, 2008 Amended Judgment (docket entry #264) are amended to state that the total amount of restitution, $8,021.21 ($7,318.00 to Bank of America and $703.21 to Metropolitan Bank) is joint and several between Tamika Montell Plant, Courtney Johnson (4:06cr00104-01 JMM) and Valencia White (4:07cr00200 WRW).

The remaining portions of the judgments will remain in full force and effect.

The Clerk is directed to provide a copy of this order to the United States Probation Office and the Finance Section of the Clerk's office.

IT IS SO ORDERED THIS 10th day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE